USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2022

**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8TH FL.
NEW YORK, N.Y. 10016

TEL: 212-889-7400
FAX: 212-684-0314

August 3, 2022

*Via ECF To:*
**Honorable Gregory H. Woods, USDJ**
United States District Court
Southern District of New York
500 Pearl Street, Rm 2260
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

Re:     **Premier Brands IP LLC v. Hard Carry Gaming Inc. Case# 22-CV-5489(GHW)**
Re:     Letter Motion for Extension of the Answer Due Date and Adjournment of the Initial Pretrial Conference

Honorable Woods:

      We are the attorneys for Plaintiff Premier Brands IP LLC ("Premier" or "Plaintiff") in the above captioned action (the "Action"). In accordance with Your Individual Rules of Practice Rule 1(E), we write this letter jointly with the consent of defendant Hard Carry Gaming Inc., ("HCG") to request an: 1) extension of time for HCG to respond to the Complaint (ECF Doc #1) currently due August 4, 2022; and 2) adjournment of the Initial Pretrial Conference currently scheduled for September 7, 2022 at 3pm (ECF Doc. #6).

      The parties are currently discussing a full settlement of the above captioned trademark infringement action via a mutual coexistence arrangement and would like additional time to iron out the details of such coexistence arrangement in advance of utilizing the parties and the Court's resources on litigation. Accordingly, the parties respectfully request a thirty (30) day extension of time for HCG to respond to the Complaint, until September 5, 2022.

      Additionally, Plaintiff's counsel has a scheduling conflict at 3pm on September 7, 2022 and respectfully requests that the Court reschedule the Initial Pretrial conference to: 1) October 7, 2022 before 12pm; 2) October 12, 2022; or 3) October 13, 2022.

      This is the first request for an extension of time sought in connection with the deadline to respond to the Complaint and the Initial Pretrial Conference. The continuance requested herein will not prejudice any party.

      I thank the Court for its time and attention to this matter.

Respectfully,
Yvette J. Sutton, Esq.

1

CC: Charlene Minx, Esq. (via electronic mail)

Application granted.  The deadline for defendant to answer or otherwise respond to the complaint is extended to September 5, 2022.  The initial pretrial conference scheduled for September 7, 2022 is adjourned to October 13, 2022 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 29, 2022 order are due no later than October 6, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated:  August 5, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge